Ricky Donnell NELSON,
Plaintiff—Appellant,

v.

Larry K. HAMILTON, Superintendent;
Tod Runyon, Major; Andrew Reese,
Doctor; Bruce Zuillman, Lieutenant;
Sgt. Michael Rakes; Officer Keith
Dobson; Sgt. Vincent W. Collier, Defendants—Appellees.

No. 03–7502.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 12, 2004.

Decided Feb. 20, 2004.

Ricky Donnell Nelson, Appellant pro se.
Jeff Wayne Rosen, Pender & Coward,

P.C., Virginia Beach, Virginia, for Appellees.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Donnell Nelson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Nelson v. Hamilton*, No. CA–02–605–2 (E.D.Va. Sept. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*